**Opinion issued November 1, 2012**



**In The**

**Court of Appeals**

**For The**

**First District of Texas**
_____

**NO. 01-12-00561-CV**
_____

**IN THE INTEREST OF T.C.R., a child**

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-05691J**

**MEMORANDUM OPINION**

The trial court terminated appellant LaKeisha Rochelle Rhome's parental rights to her child. Appellant's court-appointed appellate counsel has filed a motion to withdraw along with an *Anders* brief stating his professional opinion that the appeal is without merit and that there are no arguable grounds for reversal. *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The procedures set forth in *Anders* are applicable to an appeal of the termination of parental rights

when an appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *See In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.). We have reviewed the record and, having found no reversible error, we grant counsel's motion and affirm the trial court's judgment.

If an appointed attorney determines that an appeal from a termination order would be wholly frivolous, counsel may file a motion to withdraw. *See In re D.E.S.*, 135 S.W.3d 326, 330 (Tex. App.—Houston [14th Dist.] 2004, no pet.); *In re K.D.*, 127 S.W.3d at 67. Along with the motion to withdraw, counsel must file a brief that meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds of error to be advanced. *See Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; *In re K.D.*, 127 S.W.3d at 67. Here, counsel has filed a motion to withdraw and a brief that meets the requirements of *Anders*. Counsel certified that he delivered a copy of the brief to appellant and informed appellant of her right to examine the appellate record and to file a response. *See In re D.E.S.*, 135 S.W.3d at 329; *In re K.D.*, 127 S.W.3d at 67. This Court also notified appellant of her right to review the record and file a pro se response. Appellant did not file a response.

We have independently reviewed the entire record and counsel's *Anders* brief. *Johnson v. Dep't of Family & Protective Servs.*, No. 01-08-00749-CV, 2010 WL 5186806, at *1 (Tex. App.—Houston [1st Dist.] Dec. 23, 2010, no pet.); *see In*

*re D.E.S.*, 135 S.W.3d at 330; *In re K.D.*, 127 S.W.3d at 67. We find no reversible error in the record and agree that the appeal is wholly frivolous. Consequently, we affirm the judgment of the trial court and grant counsel's motion to withdraw.[1] Attorney Donald Crane must immediately send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.

---

[1] Appointed counsel still has a duty to inform appellant of the result of this appeal and notify appellant that she may, on her own, pursue a petition for review in the Supreme Court of Texas. *See In re K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).